UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WIDALYS SANTIAGO,

    Plaintiff,

v.                                                          Case No. 3:17cv388-RV-CJK

DAVID J. SHULKIN, Secretary
of Veterans Affairs, et al.,

    Defendants.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 13, 2017 (doc. 12). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.	Defendants' "Motion to Dismiss and/or to Transfer Venue" (doc. 7) is **GRANTED** to the extent the clerk of court is directed to transfer this case to the United States District Court for the Eastern District of Oklahoma.

3.	The clerk is directed to close the file.

**DONE AND ORDERED** this 11th day of December, 2017.

>	*/s/ Roger Vinson*
>	**ROGER VINSON**
>	**SENIOR UNITED STATES DISTRICT JUDGE**